*Morehead & Reed* for plaintiff.

---

## Pell *et al. vs* Dickens.

ERROR TO THE LIVINGSTON CIRCUIT.

*Construction of instruments.*

CHIEF JUSTICE ROBERTSON delivered the opinion of the Court.

THE written memorandum, signed by the clerk of the steam boat Sultan, acknowledging that $249 66, were "due from the boat" to the plaintiff, Dickens, for services as steward, neither imports nor can operate as a *covenant* by either the clerk or the owners of the boat. It is only evidence of a parol assumpsit, or an implied obligation of the owners to pay Dickens that sum for his services on their boat.

Debt, on simple contract, as brought in this case, was therefore maintainable. This conclusion settles all question as to the correctness of the judgment we are now revising.

Judgment affirmed.

*Owsley & Goodloe* for plaintiff: *Harlan & Craddock* for defendant.

DEBT.

Case 17.

*September* 16.

A written memorandum, signed by the clerk of a steam boat acknowledging there is "due from the boat" to D. for services as steward, neither imports nor operates as a covenant on the owner of the boat.